UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JAVIER ZENDEJAS VASQUEZ,<br><br>      Petitioner,<br><br> v.<br><br>BRUCE SCOTT,<br><br>      Respondent. | Case No. C25-1609-RAJ-SKV<br><br>ORDER GRANTING LEAVE TO PROCEED *IN FORMA PAUPERIS* |

  Petitioner's application to proceed with this federal habeas action *in forma pauperis* (Dkt. 3) is GRANTED. The Clerk is directed to file Petitioner's petition for writ of habeas corpus without the prepayment of fees. The Clerk is further directed to send a copy of this Order to Petitioner.

  DATED this 11th day of September, 2025.

                 */s/ S. Kate Vaughan*
                 S. KATE VAUGHAN
                 United States Magistrate Judge