UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JAVIER ZENDEJAS VASQUEZ,<br><br>                      Petitioner,<br><br>    v.<br><br>BRUCE SCOTT,<br><br>                      Respondent. | Case No. C25-1609-RAJ-SKV<br><br>ORDER DENYING PETITIONER'S<br>MOTION TO EXPEDITE |

This is a federal habeas action proceeding under 28 U.S.C. § 2241. Petitioner is currently being detained by U.S. Immigration and Customs Enforcement ("ICE") at the Northwest ICE Processing Center in Tacoma, Washington. *See* Dkt. 1. Petitioner submitted his petition for writ of habeas corpus to the Court for filing on August 19, 2025, together with an application to proceed with this action *in forma pauperis* ("IFP"). *See id.* Because of a deficiency in Petitioner's IFP application, the case did not immediately proceed. However, Petitioner subsequently corrected his application, and on September 11, 2025, the Court granted Petitioner leave to proceed IFP and issued an Order directing that Respondent file a return to the petition within thirty days. *See* Dkts. 3, 4, 6.

On October 1, 2025, Petitioner filed a motion to expedite the proceedings in this case, which the Clerk noted on the Court's calendar for consideration on October 22, 2025, in accordance with Local Civil Rule ("LCR") 7(d)(3). Dkt. 10. Petitioner requests in his motion that his habeas claims be reviewed promptly and that an expedited briefing schedule be established, one which would require the Government to file a response to the petition within three to five days of any Court Order granting his requested relief. *See id.* Petitioner submitted with his motion a proposed order which suggests a slightly more generous briefing schedule, one which would call for a response from the Government within ten days, and a reply from Petitioner seven days thereafter. Dkt. 10 at 5.

A review of the docket, however, reveals that the Government filed a return to Petitioner's habeas petition on October 10, 2025, within ten days of Petitioner having filed his motion to expedite and twelve days before Petitioner's motion to expedite was ripe for consideration. *See* Dkt. 12. The Government's return is noted on the Court's calendar for consideration on November 7, 2025, and Petitioner's response to the return is due not later than October 31, 2025. *See id.*

Given that the Government filed a return to Petitioner's habeas petition before his motion to expedite became ripe and given that the return was filed within the timeline suggested by Petitioner in his proposed order granting his motion to expedite, Petitioner's motion to expedite is effectively moot. Moreover, if the Court were to establish an expedited briefing schedule at this point, the greatest impact would fall on Petitioner who has only eight days remaining to file his response to the Government's return. Finally, given that the Government's return will be ripe for consideration in just over two weeks, the benefit of an expedited briefing schedule would be minimal at this point in time.

ORDER DENYING PETITIONER'S
MOTION TO EXPEDITE - 2

Accordingly, the Court hereby ORDERS as follows:

(1)    Petitioner's motion for an expedited briefing schedule (Dkt. 10) is DENIED.

(2)    The Clerk shall send copies of this Order to Petitioner, to counsel for the Government, and to the Honorable Richard A. Jones.

DATED this 24th day of October, 2025.

*S. Kate Vaughan*
S. KATE VAUGHAN
United States Magistrate Judge

ORDER DENYING PETITIONER'S
MOTION TO EXPEDITE - 3