UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JAVIER ZENDEJAS-VAZQUEZ,<br><br>      Petitioner,<br><br> v.<br><br>LAURA HERMOSILLO, *et al.*,<br><br>      Respondents. | Case No. C25-1609-RAJ<br><br>ORDER DISMISSING FEDERAL HABEAS PETITION |

The Court, having reviewed Petitioner's petition for writ of habeas corpus under 28 U.S.C. § 2241, the Government's submissions, the Report and Recommendation of S. Kate Vaughan, United States Magistrate Judge, any objections thereto, and the remaining record, hereby finds and ORDERS:

 (1) The Report and Recommendation is approved and adopted.

 (2) Petitioner's petition for writ of habeas corpus (Dkt. 5), and this action, are DISMISSED with prejudice, as Petitioner's petition is moot.

 (3) The Government's return (Dkt. 12) is STRICKEN as moot.

ORDER DISMISSING FEDERAL
HABEAS PETITION - 1

(4) The Clerk is directed to send copies of this Order to Petitioner, to counsel for the Government, and to the Honorable S. Kate Vaughan.

DATED this 19th day of December, 2025.

*Richard A. Jones*

The Honorable Richard A. Jones
United States District Judge

ORDER DISMISSING FEDERAL
HABEAS PETITION - 2