## United States District Court
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JAVIER ZENDEJAS-VAZQUEZ,<br><br>Petitioner,<br><br>v.<br><br>LAURA HERMOSILLO, *et al.*,<br><br>Respondents. | **JUDGMENT IN A CIVIL CASE**<br><br>CASE NUMBER: C25-1609-RAJ |

___    **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**_X_**    **Decision by Court**. This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

THE COURT HAS ORDERED THAT

The Report and Recommendation is approved and adopted. Petitioner's petition for writ of habeas corpus under 28 U.S.C. § 2241, and this action, are dismissed with prejudice.

Dated this 19th day of December, 2025.

RAVI SUBRAMANIAN
CLERK OF THE COURT


Alejandro Pasaye Hernandez
Deputy Clerk